IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TIMOTHY WINTERS and CHRISTOPHER PETERS,<br><br>      Plaintiffs,<br><br>v.<br><br>THE CITY OF VALDOSTA, GEORGIA, JOHN J. FRETTI, Mayor, JAMES WRIGHT, Councilman, DEIDRA A. WHITE, Councilwoman, JOSEPH "SONNY" VICKERS, Councilman, ALVIN PAYTON JR., Councilman, TIMOTHY H. CARROLL, Councilman, ROBERT YOST, Councilman, JOHN EUNICE, Mayor Pro Tem, and CHRIS PRINE, Sheriff of Lowndes County,<br><br>      Defendants. | Civil Action 7:11-CV-22 (HL) |

**ORDER**

On March 21, 2011, the Court entered its Rules 16 and 26 Order (Doc. 10) in this case. The Order required the parties to confer and develop a discovery plan. On May 2, 2011, Defendants filed their portion of the discovery plan. Counsel for Defendants informed the Court that Plaintiff's counsel, Winston Denmark, failed to cooperate in the preparation and filing of the discovery plan. Also on May 2, 2011, the Court unsuccessfully tried to reach Mr. Denmark by telephone to discuss the matter with him before deciding how to treat the problem. As of the time of the entry of this Order, the Court has not heard anything from Mr. Denmark.

Therefore, the Court hereby **ORDERS** Mr. Denmark to appear at 10:00 a.m. on Friday, May 6, 2011, at the offices of Coleman Talley LLP, 910 North Patterson Street, Valdosta, Georgia 31601, for a Rule 26 conference. At that time, counsel are to confer, discuss each issue referenced in Rule 26(f), and develop a discovery plan.[1] The report reflecting the discovery plan must be filed with the Court no later than May 13, 2011.

Failure of Mr. Denmark to abide by the terms of this Order will result in him being brought before the Court for a contempt hearing.

**SO ORDERED**, this the 2nd day of May, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh

---

[1] Counsel for Defendant Prine should also be present at the May 6 conference.